IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JASBIR B. SINGH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MODUS MEDIA LINK,<br><br>　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 2:05 CV 953 TC |

On October 12, 2006, United States Magistrate Judge Paul M. Warner issued a Report and Recommendation in this case, recommending that the Plaintiff's case be DISMISSED for failure to complete service of process within 120 days after the date the complaint was filed as required by Fed. R. Civ. P. 4(m). The parties were given ten days to file any objections to the Report and Recommendation. No objections have been filed. The court has considered the magistrate's recommendation and made a *de novo* review of the record before the court. The court finds that the magistrate's findings and conclusions are correct in all respects, and hereby adopts the magistrate's Report and Recommendation as the order of the court. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.

DATED this 27th day of October, 2006.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge